UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALEXANDER PETROSKI,**

        **Plaintiff,**

vs.                                               Case No. 8:07-CV-1016-T-27TBM

**UNITED STATES, et al.,**

        **Defendants.**
_____/

### ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) be denied (Dkt. 4). No party has filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of Plaintiff's claims and the relevant statutory provisions and case law, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED** with prejudice.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 31st day of July, 2007.

                                                                 */s/ James D. Whittemore*
                                                                 **JAMES D. WHITTEMORE**
                                                                  **United States District Judge**

Copies to: Counsel of Record